STATE OF NEW JERSEY v. MIGUEL MORALES.

June 8, 1983.

Petition for certification denied.

ROSE DANESI v. AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY.

June 8, 1983.

Petition for certification denied. (See 189 *N.J.Super.* 160)

STATE OF NEW JERSEY v. TERRANCE KENNEDY.

June 8, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. ALFREDO J. BELL.

June 8, 1983.

Petition for certification denied.